FILED

2019 FEB 28  PM 3: 24

U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| | ) | |
| Plaintiff, | ) | 4 8 19 CR 104 44 |
| | ) | |
| v. | ) | CASE NO._____ |
| | ) | Title 21, United States Code, |
| CHAD A. LITTLE, | ) | Sections 856(a)(1) and (b), 841(a)(1) |
| | ) | and (b)(1)(C), 841(a)(1) and |
| Defendant. | ) | (b)(1)(B)(i) and (vi), Title18, United |
| | ) | States Code, Sections 922(g)(1) and |
| | ) | 924(a)(2) |
| | ) | |
| | ) | |

JUDGE OLIVER

## COUNT 1
(Maintaining a Drug-Involved Premises, 21 U.S.C. §§ 856(a)(1) and (b))

The Grand Jury charges:

1.     From in or about October, 2018 through November 7, 2018, in the Northern

District of Ohio, Eastern Division, Defendant CHAD A. LITTLE knowingly and intentionally

maintained a place on E. Philadelphia Street in Youngstown, Ohio, for the purpose of

distributing and possessing with intent to distribute cocaine base (crack), a Schedule II controlled

substance, heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled

substance, in violation of Title 21, United States Code, Sections 856(a)(1) and (b).

## COUNT 2
(Possession with the Intent to Distribute Cocaine Base (Crack), 21 U.S.C. §§ 841(a)(1) and
(b)(1)(C))

The Grand Jury further charges:

2.     On or about November 7, 2018, in the Northern District of Ohio, Eastern

Division, Defendant CHAD A. LITTLE knowingly and intentionally possessed with the intent to

distribute a mixture and substance containing a detectable amount of cocaine base (crack), a

Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1)

and (b)(1)(C).

## COUNT 3
### (Possession with the Intent to Distribute Heroin and Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(i) and (vi))

The Grand Jury further charges:

3.      On or about November 7, 2018, in the Northern District of Ohio, Eastern

Division, Defendant CHAD A. LITTLE knowingly and intentionally possessed with the intent to

distribute more than 100 grams of a mixture and substance containing a detectable amount of

heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance, in

violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(i) and (vi).

## COUNT 4
### (Possession of Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

4.      On or about November 7, 2018, in the Northern District of Ohio, Eastern

Division, Defendant CHAD A. LITTLE, in furtherance of drug trafficking crimes for which he

may be prosecuted in a court of the United States, those are: Maintaining a Drug Involved

Premises, in violation of Title 18, United States Code, Sections 856(a)(1) and (b), as charged in

Count 1 herein, Possession with Intent to Distribute Cocaine Base (Crack), in violation of Title

21, United States Code, Sections 841(a)(1) and (b)(1)(C), as charged in Count 2 herein, and

Possession with Intent to Distribute Heroin and Fentanyl, in violation of Title 21, United States

Code, Sections 841(a)(1) and (b)(1)(B)(i) and (vi), as charged in Count 3 herein, possessed a

firearm, that is, a Taurus, .38 Special revolver, serial number BP31771, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 5
(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury further charges:

5.     On or about November 7, 2018, in the Northern District of Ohio, Eastern Division, Defendant CHAD A. LITTLE, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that is: Possession of Cocaine, in the Mahoning County Court of Common Pleas, Case Number 15CR1226, on or about March 3, 2016, did knowingly possess in and affecting interstate and foreign commerce a firearm, to-wit: a Taurus, .38 Special revolver, serial number BP31771, and various ammunition, said firearm and ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE
The Grand Jury further charges:

6.     For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 5 inclusive, are incorporated herein by reference.  As a result of the foregoing offenses, Defendant CHAD A. LITTLE shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violations; any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations;

3

and, any and all property (including firearms and ammunition) involved in or used in the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.